# United States Court of Appeals
# for the Fifth Circuit

———————

No. 25-10909
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
May 11, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Reymundo Rios,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:25-CR-52-5

_____

Before Smith, Higginson, and Wilson, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Reymundo Rios has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rios has not filed a response.

_____

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10909

We have reviewed counsel's brief and the relevant portions of the record.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.